JOHN M. PETERSON v. LINDA LOUISE BONE ALDRIDGE

No. 226A87

(Filed 5 November 1987)

APPEAL by plaintiff pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 85 N.C. App. 171, 354 S.E. 2d 776 (1987), which affirmed the dismissal of plaintiff's complaint by *Payne, J.,* at the 9 May 1986 session of District Court, WAKE County. Heard in the Supreme Court 12 October 1987.

*DeBank, McDaniel, Heidgerd, Holbrook & Anderson, by C. D. Heidgerd, for plaintiff-appellant.*

*Malcolm B. Grandy for defendant-appellee.*

PER CURIAM.

For reasons stated in the dissenting opinion of Becton, J., the decision of the Court of Appeals is reversed. The case is remanded to that court for remand to the District Court, Wake County, for further proceedings not inconsistent with this opinion.

Reversed and remanded.